# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1020

_____

United States of America,               *

                                  *

        Appellee,          *

                                  *   Appeal from the United States

     v.                    *   District Court for the Northern

                                  *   District of Iowa.

Angel Cena-Vargas,           *

                                  •   [Unpublished]

        Appellant.      *

_____

Submitted: October 29, 2004

Filed: November 17, 2004

_____

Before RILEY, McMILLIAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

     Angel Cena-Vargas appeals from the final judgment entered in the District Court[1] for the Northern District of Iowa upon his guilty plea to illegally reentering the United States after deportation following a conviction for an aggravated felony in violation of 8 U.S.C. § 1326(a) and (b)(2).  The district court sentenced appellant to 77 months imprisonment and 3 years supervised release..  On appeal, his counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738 (1967), arguing that the sentence was too harsh.

_____

    [1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

This argument fails, as the sentence falls within § 1326(b)'s 20-year maximum and is at the bottom of the appropriate Guidelines range. See 18 U.S.C. § 3742(a); United States v. Smotherman, 326 F.3d 988, 989 (8th Cir.) (per curiam), cert. denied, 124 S. Ct. 293 (2003). Having found no nonfrivolous issues after reviewing the record independently under Penson v. Ohio, 488 U.S. 75 (1988), we affirm. We also grant counsel's motion to withdraw.

_____